**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____     Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Samson Fabricators, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 5 2 5 8 0 0 8 |

**4. Debtor's address**

**Principal place of business**

**622 Commerce St Ste 200**
Number          Street

**Clute, TX 77531**
City                          State     ZIP Code

**Brazoria**
County

**Mailing address, if different from principal place of business**

Number          Street

City                          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                          State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Samson Fabricators, LLC**_____    Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    3   3   1   2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

        District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                              MM / DD / YYYY

        Case number, if known _____

Debtor    **Samson Fabricators, LLC**                                                    Case number *(if known)*
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>   What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>   Number       Street<br><br>   _____<br><br>   _____<br>   City                                    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name   _____<br>          Phone          _____ |

## ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☑ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor   **Samson Fabricators, LLC**                                    Case number *(if known)* _____
         Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/12/2026**
              MM/ DD/ YYYY

**X** **/s/ Samuel Earl Morse** _____          _____ **Samuel Earl Morse** _____
Signature of authorized representative of debtor                Printed name

Title _____ **President** _____

**18. Signature of attorney**

**X** _____ **/s/ Russell Van Beustring** _____   Date **03/12/2026**
Signature of attorney for debtor                                      MM/ DD/ YYYY

**Russell Van Beustring** _____
Printed name

**Russell Van Beustring, P.C.** _____
Firm name

**5110 Waterbeck St** _____
Number        Street

**Weston Lakes** _____   **TX**   **77441-4100** _____
City                                State  ZIP Code

**(713) 973-6650** _____   **russell@beustring.com** _____
Contact phone                         Email address

**02275115** _____   **TX** _____
Bar number                       State

Fill in this information to identify the case:

Debtor Name **Samson Fabricators, LLC**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Applied Bank** | **Checking account** | **3  8  9  0** | $1,843.86 |
| 3.2. **First State Bank** | **Checking account** | **9  4  2  6** | $1,866.63 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____  _____

   4.2 _____  _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  | **$3,710.49** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____  _____

Debtor    **Samson Fabricators, LLC**                                    Case number *(if known)* _____
_____
Name

---

7.2 _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

9.    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    | _____ |

---

| Part 3: | Accounts receivable |

10.    **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |

11.    **Accounts receivable**

| 11a. 90 days old or less: | **$86,317.17** | - | **$86,317.13** | =.....➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$791,676.33** | - | **$791,676.33** | =.....➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | **$0.00** |

---

| Part 4: | Investments |

13.    **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |

14.    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

---

Debtor  **Samson Fabricators, LLC**                                    Case number *(if known)* _____
_____
Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                          | _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Welding Wire** | **12/05/2025** MM / DD / YYYY | **$46,354.00** | **FLV** | **$29,742.00** |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                          | **$29,742.00** |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☑ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **Samson Fabricators, LLC**                                    Case number *(if known)* _____
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

**28.** **Crops—either planted or harvested**
_____ _____ _____ _____

**29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish
_____ _____ _____ _____

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)
_____ _____ _____ _____

**31.** **Farm and fishing supplies, chemicals, and feed**
_____ _____ _____ _____

**32.** **Other farming and fishing-related property not already listed in Part 6**
_____ _____ _____ _____

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.
_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor    **Samson Fabricators, LLC**                                    Case number *(if known)* _____

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture | $28,325.00 | FLV | $11,330.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Copiers (2) | $9,000.00 | FLV | $3,600.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| 43. **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $14,930.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Trucks, Trailers and Tractors | $276,900.00 | FLV | $83,070.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |

Debtor   **Samson Fabricators, LLC**                    Case number *(if known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 48.2 _____ | _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| Fabrication Equipment _____ | $990,315.00 | FLV _____ | | $297,097.00 |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                              | $380,167.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☑ Yes

---

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.       | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

Debtor  **Samson Fabricators, LLC**          Case number *(if known)* _____
Name

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| Samson Fabricators website | $40.00 | Market | $40.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |
| 65. **Goodwill** | | | |
| | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.          **$40.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

---

Debtor  **Samson Fabricators, LLC**
_____
Name

Case number *(if known)* _____

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____     _____ – _____ = ➡  _____
                            Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

_____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          _____

**Nature of claim**       _____

**Amount requested**      _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          _____

**Nature of claim**       _____

**Amount requested**      _____

76. **Trusts, equitable or future interests in property**

_____                          _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          _____

_____                          _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.          _____

---

Debtor **Samson Fabricators, LLC**
Name

Case number *(if known)*

---

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ❑ No

   ❑ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,710.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $29,742.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,930.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $380,167.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $40.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $428,589.49 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................... | | $428,589.49 |

```
Fill in this information to identify the case:

Debtor name     Samson Fabricators, LLC

United States Bankruptcy Court for the:     Southern     District of     Texas
                                                                    (State)
Case number (if known):
```

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property            12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

First Services FCU

**Creditor's mailing address**

16430 Park Ten Place

Houston, TX 77084

**Creditor's email address, if known**

**Date debt was incurred**     2018

**Last 4 digits of account number**     7 0 0 7

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

Applied Bank, Accounts receivable, First State Bank, Accounts receivable, Copiers (2), Fabrication Equipment, Welding Wire, Office furniture, Trucks, Trailers and Tractors, Samson Fabricators website

**Describe the lien**

Blanket lien of all assets

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $739,460.00 | $428,589.49 |
| --- | --- |

**Remarks:** SBA Loan

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $1,854,226.00

| Debtor | **Samson Fabricators, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | | Column A | Column B |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2** Creditor's name

**Kapitus**

**Creditor's mailing address**

**2500 Wilson Blvd Ste 350**

**Arlington, VA 22201-3873**

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Subordinated Lien of Debtor Assets**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**$964,761.00**    **unknown**

Date debt was incurred          **2024**

Last 4 digits of account          **3  5  3  1**
number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   **Samson Fabricators, LLC**                                     Case number (if known) _____
_____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.3** **Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**409 3rd St Sw**

**Washington, DC 20416-0011**

**Creditor's email address, if known**

_____

**Date debt was incurred**          **2022**

**Last 4 digits of account number**    **7  8  0  6**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Economic Injury Disaster Loan

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**Subordinated Lien of Debtor Assets**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $150,005.00 | unknown |
|---|---|

Debtor   **Samson Fabricators, LLC**                                                    Case number (if known) _____

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| **Small Business Administration** <br> **409 3rd St Sw** <br> **Washington, DC 20416-0011** | Line 2. _1_ | _7_ _0_ _0_ _7_ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Samson Fabricators, LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

**2025**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks: 2025 941 Texas

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Payroll Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$614,921.61**   Priority amount: **$614,921.61**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

**2024**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks: 2024 941 Taxes

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Payroll Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$105,796.68**   Priority amount: **$105,796.68**

Debtor **Samson Fabricators, LLC**
Name

Case number *(if known)* _____

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|--|--|--|

**3.1** Nonpriority creditor's name and mailing address

**3S Services Group LLC**

**733 Telemark Trail**

**Frisco, TX 75036**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$3,300.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Able Tool & Rental**

**1590 S Sam Houston Pkwy W**

**Houston, TX 77047**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$13,839.70**

---

**3.3** Nonpriority creditor's name and mailing address

**Acuren Inspection, INC**

**30 Main St Ste 402**

**Danbury, CT 06810-3004**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$22,857.50**

---

**3.4** Nonpriority creditor's name and mailing address

**Airgas, Inc**

**PO Box 676015**

**Dallas, TX 75267**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$50,866.96**

Debtor    **Samson Fabricators, LLC**        Case number *(if known)* _____
       Name

---

**Part 2:**   Additional Page

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159,235.03 |

**AllTex Welding Supply, Inc**

**PO Box 564**

**Waller, TX 77484**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,440.00 |

**Analytic Stress Relieving, Inc.**

**125 North 17th Street**

**La Porte, TX 77571**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $274,866.51 |

**Apache Industrial Services**

**250 Assay St Suite 500**

**Houston, TX 77044**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.00 |

**APP MFG**

**5611 Guhn Rd Ste A1**

**Houston, TX 77040-6143**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim: **Vendor**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor **Samson Fabricators, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $480.00 |

**3.9**

Nonpriority creditor's name and mailing address

**Associated Builders and Contractors**

**1002 ABC Avenue**

**Freeport, TX 77541**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: $480.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**

Nonpriority creditor's name and mailing address

**Associated Welding Supply**

**2675 S Loop W**

**Houston, TX 77054**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: $33,157.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**

Nonpriority creditor's name and mailing address

**Avetta**

**549 E Timpanogos Pkwy Bldg G**

**Orem, UT 84097**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: $9,434.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**

Nonpriority creditor's name and mailing address

**AV-TEK**

**911 Highway 146 S**

**Texas City, TX 77590**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: $1,638.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Samson Fabricators, LLC**
          Name
                                                    Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.13** Nonpriority creditor's name and mailing address

**Axios Industrial Maintenance Contractors**

**10077 Grogans Mill Rd Suite 450**

**The Woodlands, TX 77380**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $96,936.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**Axis Industries**

**101 Old Underwood Rd, Building E**

**La Porte, TX 77571**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $22,930.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Bay Area General Crane Service Co.**

**4206 Weslow St**

**Houston, TX 77087**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $12,596.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Bell Supply Company**

**401 Texas 72**

**Kenedy, TX 78119**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $128,617.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Samson Fabricators, LLC**
_____

Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

---

**3.17**   Nonpriority creditor's name and mailing address

**Bird Tire Sales & Service, Inc**

**PO Box 925158**

**Houston, TX 77292**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,439.70

---

**3.18**   Nonpriority creditor's name and mailing address

**Bradley W. Hoover P.C.**

**2777 Allen Pkwy Ste 600**

**Houston, TX 77019-2166**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$4,291.50

---

**3.19**   Nonpriority creditor's name and mailing address

**Brazoria County Septic Service**

**332 County Road 223**

**Freeport, TX 77541-9474**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$525.00

---

**3.20**   Nonpriority creditor's name and mailing address

**Brazoria County Tax Assessor**

**111 E Locust**

**Angleton, TX 77515**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,211.29

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 6 of 32

Debtor    **Samson Fabricators, LLC**             Case number *(if known)* _____
        Name

---

**Part 2:**   Additional Page

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,975.00 |
|---|---|---|---|

**Brazosport Safety Council**

**PO Box 2650**

**Freeport, TX 77542**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,583.76 |
|---|---|---|---|

**Brazosport Tire**

**100 W Plantation Dr**

**Clute, TX 77531**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $583,598.04 |
|---|---|---|---|

**Brock Custom Blast Services**

**2550 Genoa Red Bluff Rd**

**Houston, TX 77034**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $93,500.00 |
|---|---|---|---|

**Buchanan Hauling & Rigging, INC**

**25050 County Road 46**

**Angleton, TX 77515**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Samson Fabricators, LLC**                                     Case number *(if known)* _____
          Name

---

**Part 2:**  Additional Page

---

| | | |
|---|---|---|
| **3.25** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,060.40 |
| **Bureau Veritas - OneCIS Insurance** | ☐ Contingent | |
| PO Box 277908 | ☐ Unliquidated | |
| Atlanta, GA 30384 | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.26** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,800.00 |
| **C&R Trucking Company** | ☐ Contingent | |
| 1022 Mack Rd | ☐ Unliquidated | |
| Aransas Pass, TX 78336 | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.27** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,800.00 |
| **C&R Trucking Company** | ☐ Contingent | |
| 511 County Road 443 | ☐ Unliquidated | |
| Dayton, TX 77535 | ☐ Disputed | |
| | **Basis for the claim:** Vendor | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.28** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,240.80 |
| **Cameron Industries, LLC** | ☐ Contingent | |
| 14130 Luthe Rd | ☐ Unliquidated | |
| Houston, TX 77039 | ☐ Disputed | |
| | **Basis for the claim:** Vendor | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | |

Debtor   **Samson Fabricators, LLC**
Name

Case number *(if known)* _____

---

## Part 2: Additional Page

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,299.71 |
|---|---|---|---|

**Carboline**

**11245 Hwy 225**

**La Porte, TX 77571**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,909.40 |
|---|---|---|---|

**Chaparral Industrial Services**

**8216 Miller Road 3**

**Houston, TX 77049-1715**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,423.51 |
|---|---|---|---|

**Coastal Industrial Gas Welding Supp**

**25 North 4th Street**

**Beaumont, TX 77701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,281.24 |
|---|---|---|---|

**Coastal Resource Group**

**2025 Nichols Ave**

**Dickinson, TX 77539**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Samson Fabricators, LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

**3.33** Nonpriority creditor's name and mailing address
**Codeware Inc**

**5224 Station Way**

**Sarasota, FL 34233**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,598.00

---

**3.34** Nonpriority creditor's name and mailing address
**Cody Williams**

**1829 County Road 233**


**Angleton, TX 77515**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,953.53

---

**3.35** Nonpriority creditor's name and mailing address
**Community Matters**

**PO Box 5900**

**Frisco, TX 75035**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$623.00

---

**3.36** Nonpriority creditor's name and mailing address
**Contech Control Services**

**2700 Sens Rd**

**La Porte, TX 77571-9180**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$25,678.96

---

Debtor    **Samson Fabricators, LLC**
_____
Name                                                          Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.37**  Nonpriority creditor's name and mailing address

**Crane Masters Inc.**

**4930 Harwick Rd**

**Houston, TX 77093**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$21,165.60

---

**3.38**  Nonpriority creditor's name and mailing address

**DISA Global Solutions, INC**

**PO Box 123731 Dept 3731**

**Dallas, TX 75312**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$21,186.70

---

**3.39**  Nonpriority creditor's name and mailing address

**Dixie Pipe**

**1100 FM 2004 Rd**

**Lake Jackson, TX 77566**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,318.01

---

**3.40**  Nonpriority creditor's name and mailing address

**Dooling Machine Products Texas, LLC**

**225 CR 792**

**Freeport, TX 77541**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,300.00

---

Debtor   **Samson Fabricators, LLC**
Name
Case number *(if known)* _____

## Part 2: Additional Page

**3.41** Nonpriority creditor's name and mailing address

**ECS Integrity**

**14934 Woodham Dr Suite A**

**Houston, TX 77073**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$82,585.21

---

**3.42** Nonpriority creditor's name and mailing address

**Energia Resources Inc**

**122 County Road 839**


**Angleton, TX 77515**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,778.15

---

**3.43** Nonpriority creditor's name and mailing address

**Equipment Share**

**5710 Brittmoore Rd**

**Houston, TX 77041**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,650.41

---

**3.44** Nonpriority creditor's name and mailing address

**Everitt Industrial Supply**

**Po Box 1152**

**Channelview, TX 77530-1152**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$683,316.17

Debtor   **Samson Fabricators, LLC**
　　　　　Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

**3.45** Nonpriority creditor's name and mailing address

**First Distributors, LLC**

**16504 Air Center Blvd**

**Houston, TX 77032**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$73,191.87

---

**3.46** Nonpriority creditor's name and mailing address

**Freeport Welding & Fabricating, INC**

**200 North Navigation Blvd**

**Freeport, TX 77541**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$34,375.21

---

**3.47** Nonpriority creditor's name and mailing address

**Frontier Group**

**3518 E Wood St**

**Phoenix, AZ 85040**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,153.00

---

**3.48** Nonpriority creditor's name and mailing address

**Function 4, LLC**

**3820 N Sam Houston Pkwy W, Suite 110**

**Houston, TX 77086**

Date or dates debt was incurred　_____

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,494.56

---

| Debtor | **Samson Fabricators, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,249.70 |
|---|---|---|---|

**Gas and Supply**

**125 Thruway Park Rd**

**Broussard, LA 70518**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,264.00 |
|---|---|---|---|

**Ham, Langston & Brezina**

**800 Rockmead Dr Suite 220**

**Kingwood, TX 77339**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,766.66 |
|---|---|---|---|

**HYDRATIGHT**

**2484-1 West Cardinal Dr**

**Beaumont, TX 77705**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.70 |
|---|---|---|---|

**Industrial Repair Service, Inc**

**2650 Business Dr**

**Cumming, GA 30028**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor   **Samson Fabricators, LLC**
Name                                                          Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64,940.60 |

**3.53** Nonpriority creditor's name and mailing address

**Jeremy Wood**

**4520 Huepers St**

**Alvin, TX 77511**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: $64,940.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

**JM Test Systems, Inc.**

**738 South Main St**

**Clute, TX 77531**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: $2,804.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

**JP Steel LLC**

**9541 FM 362**

**Brookshire, TX 77423**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: $2,275.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

**Knockout Fabrication, LLC**

**Attn Roger King**

**622 Commerce St**

**Clute, TX 77531-5612**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Samson Fabricators, LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
| --- | --- |

**3.57** | Nonpriority creditor's name and mailing address
**Konica Minolta Business Solutions USA**

**15120 Northwest Fwy Ste 100**

**Houston, TX 77040**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$348.70

---

**3.58** | Nonpriority creditor's name and mailing address
**Lake Hardware**

**PO Box 898**

**Lake Jackson, TX 77566**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$17,048.37

---

**3.59** | Nonpriority creditor's name and mailing address
**Lamons**

**7300 Airport Blvd**

**Houston, TX 77061-3932**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$26,481.43

---

**3.60** | Nonpriority creditor's name and mailing address
**Leonel Pereznegron**

**PO Box 2536**

**Pearland, TX 77588**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$230.04

---

Debtor     **Samson Fabricators, LLC**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,870.05 |
|---|---|---|---|

**3.61** Nonpriority creditor's name and mailing address

**Linde Gas & Equipment**

**440 Louisiana St Suite 986**

**Houston, TX 77002**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$40,870.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

**Lion Pipe**

**PO Box 53466**

**Houston, TX 77052**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$647,569.45**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

**Lloyd Q. Seabolt Co. Inc**

**2105 S Houston Ave**

**Humble, TX 77396**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$2,617.39**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

**Lockwood Ind**

**2300 Central Pkwy Ste B**

**Houston, TX 77092**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$37,467.88**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Samson Fabricators, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $583.42 |
|---|---|---|---|

**Lokring Southwest**

**1024 W Pasadena Fwy**

**Pasadena, TX 77506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,719.32 |
|---|---|---|---|

**M&B Tools LLC**

**6931 Navigation Blvd**

**Houston, TX 77011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $661.39 |
|---|---|---|---|

**M&D Distributors**

**813 Oak St**

**Jourdanton, TX 78026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,608.91 |
|---|---|---|---|

**Matheson Tri-Gas**

**2218 FM 523 Rd**

**Freeport, TX 77541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Samson Fabricators, LLC**
Name

Case number *(if known)* _____

---

Part 2: | Additional Page

| | | |
|---|---|---|
| **3.69** | Nonpriority creditor's name and mailing address<br><br>**Mejia Industrial Supply Co**<br><br>**12808 W Airport Blvd Suite 285**<br>**Sugar Land, TX 77478**<br><br>Date or dates debt was incurred  _____<br><br>Last 4 digits of account number  __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $94,309.85 |
| **3.70** | Nonpriority creditor's name and mailing address<br><br>**Metalogic**<br><br>**12131 Galveston Rd**<br>**Houston, TX 77034**<br><br>Date or dates debt was incurred  _____<br><br>Last 4 digits of account number  __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $324,340.50 |
| **3.71** | Nonpriority creditor's name and mailing address<br><br>**Metalplate Galvanizing LP**<br><br>**PO Box 377**<br>**Deweyville, TX 77614**<br><br>Date or dates debt was incurred  _____<br><br>Last 4 digits of account number  __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $769.92 |
| **3.72** | Nonpriority creditor's name and mailing address<br><br>**MINERALTECH**<br><br>**Po Box 377**<br>**Deweyville, TX 77614-0377**<br><br>Date or dates debt was incurred  _____<br><br>Last 4 digits of account number  __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $225.00 |

---

Debtor   **Samson Fabricators, LLC**

Name   Case number *(if known)* _____

---

**Part 2:**   Additional Page

---

**3.73**   Nonpriority creditor's name and mailing address

**Mitre Software Corporation**

**1315 College Ave**

**South Houston, TX 77587**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,000.00

---

**3.74**   Nonpriority creditor's name and mailing address

**Mitrowski Welding Equipment, Ltd.**

**12808 W Airport Blvd Suite 325**

**Sugar Land, TX 77478**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$19,729.88

---

**3.75**   Nonpriority creditor's name and mailing address

**Momentum**

**809 State Hwy 35 S**

**Port Lavaca, TX 77979**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$49,437.45

---

**3.76**   Nonpriority creditor's name and mailing address

**Momentum Rental and Sales, Inc.**

**PO Box 195**

**Lake Jackson, TX 77566**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,789.59

---

Debtor **Samson Fabricators, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.77** Nonpriority creditor's name and mailing address

**Monical & Rea**

**PO Box 567**

**Rosharon, TX 77583**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,637.15

---

**3.78** Nonpriority creditor's name and mailing address

**Monical & Rea**

**2525 Bay Area Blvd Ste 600**

**Houston, TX 77058-1556**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$68,292.15

---

**3.79** Nonpriority creditor's name and mailing address

**National Crane Compliance Inspections**

**617 South Lazy Ln**

**Clute, TX 77531**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,394.64

---

**3.80** Nonpriority creditor's name and mailing address

**NDIC**

**10353 Richmond Ave**

**Houston, TX 77042**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$22,309.73

---

Debtor   **Samson Fabricators, LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.81** Nonpriority creditor's name and mailing address

**NOV Completion & Production Solutions**

**PO Box 4356 Dept 1329**

**Houston, TX 77210**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$813.25

---

**3.82** Nonpriority creditor's name and mailing address

**Ourco Supply Corporation**

**Po Box 4356 Dept 1329**

**Houston, TX 77210-4356**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$213.04

---

**3.83** Nonpriority creditor's name and mailing address

**Partner Fr8, LLC**

**120 Flag Lake Dr Suite A**

**Lake Jackson, TX 77566**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$65,650.00

---

**3.84** Nonpriority creditor's name and mailing address

**Proactive Work Health**

**3815 S Midco St**

**Wichita, KS 67215**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,198.48

---

Debtor     **Samson Fabricators, LLC**

Name     Case number *(if known)* _____

| Part 2: | Additional Page |

**3.85** Nonpriority creditor's name and mailing address

**PROtect, LLC**

**701 North Dobson Ave**

**Bay Minette, AL 36507**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,482.85

**3.86** Nonpriority creditor's name and mailing address

**Quincy Compressor LLC**

**27920 Highway 288**

**Iowa Colony, TX 77583**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,067.58

**3.87** Nonpriority creditor's name and mailing address

**RPM Services, Inc.**

**3302 Canal St**

**Houston, TX 77003**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$42,090.00

**3.88** Nonpriority creditor's name and mailing address

**Second Wind Consultants**

**136 West St**

**Northampton, MA 01060-3781**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$35,000.00

Debtor    **Samson Fabricators, LLC**
          Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57,799.34 |
|---|---|---|---|

**Simply Smart Industrial**

**8918 Wayfarer Ln**

**Houston, TX 77075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,735.30 |
|---|---|---|---|

**Smithco Industries Safety Division**

**714 Wade St**

**Clute, TX 77531**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,452.00 |
|---|---|---|---|

**Southern Services, Inc**

**11 North Gulf Blvd**

**Freeport, TX 77541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,180.34 |
|---|---|---|---|

**Specialties Company**

**221 Parking Way**

**Lake Jackson, TX 77566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Samson Fabricators, LLC**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

| | | |
|---|---|---|
| **3.93** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,630.48** |

**3.93**

Nonpriority creditor's name and mailing address

**Square3 IT**

**413 Meyer St Ste B**

**Sealy, TX 77474**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,630.48**

---

**3.94**

Nonpriority creditor's name and mailing address

**Steve Morse**

**604 Smarty Jones Ave**

**Austin, TX 78737-3110**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$33,500.00**

---

**3.95**

Nonpriority creditor's name and mailing address

**Strike USA**

**460 Wildwood Forest 350N**

**Spring, TX 77380**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$74,400.06**

---

**3.96**

Nonpriority creditor's name and mailing address

**Strother Insurance agency**

**PO Box 409211**

**Atlanta, GA 30384**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,191.50**

---

Debtor   **Samson Fabricators, LLC**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,296.35 |
|---|---|---|---|

**Sunbelt Rentals**

**5552 E Washington St**

**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,311.52 |
|---|---|---|---|

**Sunstate Equipment Co., LLC**

**104 Rocky Cove Ln**

**Dickinson, TX 77539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,977.00 |
|---|---|---|---|

**Superior Integration Construction**

**29500 Solon Rd**

**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,562.70 |
|---|---|---|---|

**Swagelok Company**

**526 Mockingbird Ln**

**Clute, TX 77531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **Samson Fabricators, LLC**
_____   Case number *(if known)* _____
Name

---

**Part 2:**  Additional Page

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $199,155.75
*Check all that apply.*

TAP
_____

1907 Hanover Springs Ln
_____

Richmond, TX 77469
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,102.00
*Check all that apply.*

**Taylor Security**
_____

13131 Dairy Ashford Ste 600
_____

Sugar Land, TX 77478
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,662.75
*Check all that apply.*

**TEAM Industrial Services, Inc.**
_____

1485 E Sam Houston Pkwy S Ste 160
_____

Pasadena, TX 77503
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63,772.75
*Check all that apply.*

**TechCorr USA Management, LLC**
_____

10343 Sam Houston Park Dr Suite 200
_____

Houston, TX 77064
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Samson Fabricators, LLC**
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

**3.105** | **Nonpriority creditor's name and mailing address**

**The Brock Group**

**214 TX-332 W**

**Lake Jackson, TX 77566**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,171.02

**3.106** | **Nonpriority creditor's name and mailing address**

**The Wilson Firm, PLLC**

**8708 Technology Forest Pl Ste 175**

**Spring, TX 77381-1183**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,100.00

**3.107** | **Nonpriority creditor's name and mailing address**

**TJ's Lube Stop**

**925 South Loop West**

**Houston, TX 77054**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$452.82

**3.108** | **Nonpriority creditor's name and mailing address**

**TNT Crane & Rigging, Inc.**

**1824 FM 523**

**Suite A**

**Oyster Creek, TX 77541**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$50,601.85

Debtor   **Samson Fabricators, LLC**
_____
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,000.00
*Check all that apply.*

**Torres Industrial Services**

2210 N Main St

Pearland, TX 77581

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $872.76
*Check all that apply.*

**Total Safety U.S., Inc**

14119 Hirshfield Rd

Houston, TX 77377

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,324.82
*Check all that apply.*

**Total Valve & Automation**

50 Fallon Ave

Seaford, DE 19973

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $51,945.00
*Check all that apply.*

**Trinity Logistics**

6000 Jensen Dr

Houston, TX 77026

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    **Samson Fabricators, LLC**
                Name                                                              Case number *(if known)*

---

| Part 2: | Additional Page |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,830.77 |
| | **Triple-S Steel Supply Co** | ☐ Contingent | |
| | **5201 S Loop East** | ☐ Unliquidated | |
| | **Houston, TX 77033** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,534.50 |
| | **Twinco Industrial** | ☐ Contingent | |
| | **403 West Plantation Dr** | ☐ Unliquidated | |
| | **Clute, TX 77531** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,776.07 |
| | **United Rentals** | ☐ Contingent | |
| | **8100 Kerr St** | ☐ Unliquidated | |
| | **Houston, TX 77029** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,283.50 |
| | **Valveconn** | ☐ Contingent | |
| | **2500 CityWest Blvd Suite 150** | ☐ Unliquidated | |
| | **Houston, TX 77042** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

---

Debtor **Samson Fabricators, LLC**
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,485.97
*Check all that apply.*

Veriforce, LLC

545 County Road 227A

Freeport, TX 77541

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,125.49
*Check all that apply.*

Vernor Material & Equipment Co., Inc.

4040 Gulf Freeway

Houston, TX 77004

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,065.88
*Check all that apply.*

Wholesale Electric

27120 Fulshear Bend Dr Suite 650

Fulshear, TX 77441

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,209.00
*Check all that apply.*

Wolf Pack Rentals

27120 Fulshear Bend Dr Ste 650

Fulshear, TX 77441-1192

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor __**Samson Fabricators, LLC**__
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | __$720,718.29__ |
| 5b. **Total claims from Part 2** | 5b. **+** | __$5,442,976.69__ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$6,163,694.98__ |

**Fill in this information to identify the case:**

Debtor name: **Samson Fabricators, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): _____ Chapter **7**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Knockout Fabrication, LLC |
| | | Contract to be REJECTED | Attn Roger King |
| | State the term remaining | 0 months | 622 Commerce St |
| | List the contract number of any government contract | | Clute, TX 77531-5612 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **Samson Fabricators, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|----|----|

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jeremy Wood** | **4520 Huepers St** Street<br><br>**Alvin, TX 77511** City    State    ZIP Code | **Kapitus** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | **Kristen Youngblood** | **192 Highway 134** Street<br><br>**Haleyville, AL 35565-5830** City    State    ZIP Code | **First Services FCU** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | **Kristy Simpson** | **105 Meadowlark Ct** Street<br><br>**Richwood, TX 77566-3196** City    State    ZIP Code | **First Services FCU** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | **Michael Youngblood** | **192 Highway 134** Street<br><br>**Haleyville, AL 35565-5830** City    State    ZIP Code | **First Services FCU** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Samson Fabricators, LLC**                                       Case number (if known) _____
          Name

| ⬛ | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | **Morse, Brandi Monique** | **575 Tone Rd**<br>Street<br><br>**Freeport, TX 77541-9230**<br>City          State          ZIP Code | **First Services FCU** | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | **Morse, Samuel Earl** | **575 Tone Rd**<br>Street<br><br>**Freeport, TX 77541-9230**<br>City          State          ZIP Code | **First Services FCU** | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | **Simpson, Kristian** | **1300 Buchta Rd Apt 904**<br>Street<br><br>**Angleton, TX 77515-3623**<br>City          State          ZIP Code | **First Services FCU** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Samson Fabricators, LLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*..................................................................................

    | $0.00 |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................

    | $428,589.49 |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................

    | $428,589.49 |

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $1,854,226.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

    | $720,718.29 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................

    | + $5,442,976.69 |

4. **Total liabilities**..............................................................................................................
    Lines 2 + 3a + 3b

    | $8,017,920.98 |

Fill in this information to identify the case:

Debtor name _____ **Samson Fabricators, LLC** _____

United States Bankruptcy Court for the:

_____ **Southern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$474,099.00** |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$13,500,000.00** |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$19,036,596.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |

Debtor  **Samson Fabricators, LLC**                                                          Case number *(if known)* _____
          Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Dooling Machine Products Texas, LLC**<br>Creditor's name<br>**225 CR 792**<br>Street<br><br>**Freeport, TX 77541**<br>City                    State      ZIP Code | **12/31/2025** | **$24,438.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. **Gas and Supply**<br>Creditor's name<br>**125 Thruway Park Rd**<br>Street<br><br>**Broussard, LA 70518-3601**<br>City                    State      ZIP Code | **1/2/2026**<br><br>**11/28/2025** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. **Millennium Industrial Corporation 1**<br>Creditor's name<br>**PO Box 3575**<br>Street<br><br>**Lake Jackson, TX 77566**<br>City                    State      ZIP Code | **12/31/2025** | **$21,590.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. **Southwest Galvanizing, Inc.**<br>Creditor's name<br>**Po Box 24188**<br>Street<br><br>**Houston, TX 77229-4188**<br>City                    State      ZIP Code | **11/25/2025** | **$12,587.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. **PROtect, LLC**<br>Creditor's name<br>**3815 S Midco**<br>Street<br><br>**Wichita, KS 67215**<br>City                    State      ZIP Code | **12/2/2025** | **$9,824.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor **Samson Fabricators, LLC**
Name
                                                                    Case number *(if known)*

---

3.6. **Sunset Well Service, Inc.**          **12/30/2025**      **$240,768.71**      ☐ Secured debt
Creditor's name                                                                       ☐ Unsecured loan repayments
**Po Box 7139**                             **1/14/2026**                              ☑ Suppliers or vendors
Street                                                                                 ☐ Services
                                            **1/28/2026**                              ☐ Other _____

**Bend, OR 97708-7139**
City            State   ZIP Code

3.7. **Superior Integration Construction &**    **2/11/2026**      **$50,000.00**      ☐ Secured debt
**Consulting**                                                                        ☐ Unsecured loan repayments
Creditor's name                                                                       ☐ Suppliers or vendors
**104 Rocky Cove Ln**                                                                 ☑ Services
Street                                                                                 ☐ Other _____

**Dickinson, TX 77539-3219**
City            State   ZIP Code

3.8. **Second Wind Consultants**            **2/11/2026**      **$10,000.00**          ☐ Secured debt
Creditor's name                                                                       ☐ Unsecured loan repayments
**47 Pleasant St Ste 2s**                                                             ☐ Suppliers or vendors
Street                                                                                 ☑ Services
                                                                                       ☐ Other _____

**Northampton, MA 01060-4072**
City            State   ZIP Code

3.9. **Internal Revenue Service**           **03/02/2026**      **$230,168.60**        ☐ Secured debt
Creditor's name                                                                       ☐ Unsecured loan repayments
**Po Box 7346**                             **03/10/2026**                             ☐ Suppliers or vendors
Street                                                                                 ☐ Services
                                                                                       ☑ Other **Priority Claim Payment**

**Philadelphia, PA 19101-7346**
City            State   ZIP Code

---

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jeremy Wood**<br>Creditor's name<br>**4520 Huepers St**<br>Street<br><br>**Alvin, TX 77511**<br>City            State   ZIP Code | **8/06/25 –**<br>**11/26/25** | **$37,719.99** | **1099 Compensation and**<br>**Reimbursement for Expenses** |
| **Relationship to debtor** | | | |
| **President** | | | |

---

Debtor  **Samson Fabricators, LLC**                                     Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 4.2. | **Morse, Samuel Earl** | **11/20/25 -** | **$58,584.01** | **1099 Compensation and** |

4.2.  **Morse, Samuel Earl**          **11/20/25 -**        **$58,584.01**      **1099 Compensation and**
Creditor's name                 **2/25/26**                           **Reimbursement for Expenses**

**575 Tone Rd**
Street

**Freeport, TX 77541-9230**
City                State      ZIP Code

| Relationship to debtor |
|---|

**Chairman**

4.3.  **Vincent Strother**           **2/28/25 -**        **$125,160.59**     **1099 Compensation and**
Creditor's name                 **11/17/25**                          **Reimbursement for Expenses**

**361 S Amherst Dr**
Street

**West Columbia, TX 77486-9856**
City                State      ZIP Code

| Relationship to debtor |
|---|

**CFO**

4.4.  **Cortney Bracken**            **7/1/2025**          **$10,048.00**      **Payroll Correction**
Creditor's name

**26 County Road 533**
Street

**Angleton, TX 77515**
City                State      ZIP Code

| Relationship to debtor |
|---|

**Controller**

---

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | _____ | _____ | **$0.00** |
| Street | | | |
| City          State    ZIP Code | | | |

---

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **4**

Debtor  **Samson Fabricators, LLC**
Name

Case number *(if known)*

6.1.

_____     _____     _____     **$0.00**
Creditor's name

XXXX– __ __ __ __

_____
Street

_____

_____
City              State    ZIP Code

---

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Lion Pipe, LLC v. Samson Fabricators, LLC** | **Breach of Contract** | **Harris County Civil Courts** <br> Name <br> **201 Caroline St** <br> Street <br><br> **Houston, TX 77002-1901** <br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **2025-74865** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Progressive County Mutual Ins. v Tenton Miller and Samson Fab.** | **Breach of Contract** | **Brazoria County Court** <br> Name <br> **111 E Locust St** <br> Street <br><br> **Angleton, TX 77515-4622** <br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **C169404** | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Mejia Industrial Supply Company v. Samson Fabricators, LLC** | **Breach of Contract** | **Brazoria County Court** <br> Name <br> **111 E Locust St** <br> Street <br><br> **Angleton, TX 77515-4622** <br> City  State  ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| | **Case number** <br> **CI68598** | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Texas Gulf Coast Fluid System Solutions, LLC v. Samson Fabricators** | **Breach of Contract** | **Brazoria County Court** <br> Name <br> **111 E Locust St** <br> Street <br><br> **Angleton, TX 77515-4622** <br> City  State  ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |
| | **Case number** <br> **CI68588** | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor  **Samson Fabricators, LLC**
      Name                                                Case number *(if known)*

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Buchanan Logistics, Inc. v Samson Fabricators, LLC** | **Breach of Contract** | **US District Court - Southern DIstrict of Texas** <br> Name <br> **515 Rusk St** <br> Street <br><br> **Houston, TX 77002-2600** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **4:25-CV-04860-KPE** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Tab Insutrial Services, Inc. v. Samson Fabrictors, LLC, et al** | **Breach of Contract** | **Brazoria District Court** <br> Name <br> **111 E Locust St Ste 304** <br> Street <br><br> **Angleton, TX 77515-4676** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | **1370099CV** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | | | **$0.00** |
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | City    State    ZIP Code | Case number | Street |
| | | | |
| | | | City    State    ZIP Code |
| | | Date of order or assignment | |

**Part 4:**   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | | | | **$0.00** |
| | Recipient's name | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

Debtor **Samson Fabricators, LLC**      Case number *(if known)*
Name

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Russell Van Beustring, P.C.** | **Attorney's Fee** | **02/13/2026** | **$19,838.00** |

| Address |
| --- |
| **5110 Waterbeck St** |
| Street |

| **Weston Lakes, TX 77441-4100** | | |
| --- | --- | --- |
| City | State | ZIP Code |

| Email or website address |
| --- |

| Who made the payment, if not debtor? |
| --- |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | **$0.00** |

| Trustee |
| --- |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     

Debtor  **Samson Fabricators, LLC**
_____   Case number *(if known)* _____
Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

| **Address** |
|---|
| _____ |
| Street |
| _____ |
| City              State      ZIP Code |

| **Relationship to debtor** |
|---|
| _____ |

---

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.  _____ <br> Street | From _____ To _____ |
| _____ <br> City              State      ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  **Samson Fabricators, LLC**                                                Case number *(if known)*
     Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ | | |
| City        State     ZIP Code | | *Check all that apply:* |
| | _____ | ☐ Electronically |
| | | ☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  $\_\_\ \_\_-\_\_\ \_\_\ \_\_\ \_\_\ \_\_\ \_\_$ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None.

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State     ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | **$0.00** _____ |

Debtor  **Samson Fabricators, LLC**

Case number *(if known)* _____

Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ Name | _____ | _____ | ☐ No |
| | _____ Street | _____ | _____ | ☐ Yes |
| | _____ | **Address** | _____ | |
| | _____ City        State    ZIP Code | _____ | _____ | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ Name | _____ | _____ | ☐ No |
| | _____ Street | _____ | _____ | ☐ Yes |
| | _____ | **Address** | _____ | |
| | _____ City        State    ZIP Code | _____ | _____ | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ City        State    ZIP Code | | _____ | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **Samson Fabricators, LLC**                                    Case number *(if known)*
          Name

- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
|            |                                  |                    | ☐ Pending |
| **Case number** | Name                        |                    | ☐ On appeal |
|            | Street                           |                    | ☐ Concluded |
|            | City          State    ZIP Code |                    |                |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|
| Name                  | Name                               |                             |                |
| Street                | Street                             |                             |                |
| City      State    ZIP Code | City      State    ZIP Code |                       |                |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|
| Name                  | Name                               |                             |                |
| Street                | Street                             |                             |                |
| City      State    ZIP Code | City      State    ZIP Code |                       |                |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **Samson Fabricators, LLC**                                                  Case number *(if known)* _____
              Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

_____        _____        EIN: __ __ – __ __ __ __ __ __ __
Name

_____                                                      | Dates business existed |
Street

_____                                                      From _____   To _____

_____
City              State    ZIP Code

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  **Vincent Strother - CFO**                                        From **3/2024**    To **9/25/2025**
Name

**361 S Amherst Dr**
Street

**West Columbia, TX 77486-9856**
City                          State           ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.  **Charla Chavers**                                                From **3/10/2025**   To **2/26/2026**
Name

**2008 N Rockisland St**
Street

**Angleton, TX 77515-3457**
City                          State           ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.  **Vincent Strother - CFO**                                        From **3/2024**    To **9/25/2025**
Name

**361 S Amherst Dr**
Street

**West Columbia, TX 77486-9856**
City                          State           ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor **Samson Fabricators, LLC**
Name

Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Morse, Samuel Earl**<br>Name<br><br>**575 Tone Rd**<br>Street<br><br>**Freeport, TX 77541-9230**<br>City                     State            ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐None

| Name and address |
|---|
| 26d.1. **First Services FCU**<br>Name<br><br>**16430 Park Ten Place**<br>Street<br><br>**Houston, TX 77084**<br>City                     State            ZIP Code |

| Name and address |
|---|
| 26d.2. **Kapitus**<br>Name<br><br>**2500 Wilson Blvd Ste 350**<br>Street<br><br>**Arlington, VA 22201-3873**<br>City                     State            ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑No

☐Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $0.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.<br><br>Name<br><br>Street<br><br>City                     State            ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

Debtor    **Samson Fabricators, LLC**                                                    Case number *(if known)*
          Name

| | | | |
|---|---|---|---|
| **Morse, Samuel Earl** | **575 Tone Rd Freeport, TX 77541-9230** | **Chair, Common** | **51.00%** |
| **Jeremy Wood** | **4520 Huepers St Alvin, TX 77511** | **President, Common** | **49.00%** |
| **Vincent Strother** | **361 S Amherst Dr West Columbia, TX 77486-9856** | **CFO,** | **0.00%** |

**29.**  **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑No

☐Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____, | _____ | From _____<br>To _____ |

**30.**  **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐No

☑Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Morse, Samuel Earl**<br>Name<br>**575 Tone Rd**<br>Street<br><br>**Freeport, TX 77541-9230**<br>City          State     ZIP Code | **$224,788** | **periodic** | **Salary/distribution** |
| Relationship to debtor<br><br>**Chairman/Member** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Jeremy Wood**<br>Name<br>**4520 Huepers St.**<br>Street<br><br>**Alvin, TX 77511**<br>City          State     ZIP Code | **$187,778** | **periodic** | **Salary/distribution** |
| Relationship to debtor<br><br>**President/Member** | | | |

**31.**  **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑No

Debtor    **Samson Fabricators, LLC**                                   Case number *(if known)*
       Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **03/12/2026**
             MM/   DD/   YYYY

**X** **/s/ Samuel Earl Morse**                Printed name                    **Samuel Earl Morse**
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor      **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Samson Fabricators, LLC** |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kapitus 2500 Wilson Blvd Ste 350 Arlington, VA 22201-3873 | | Subordinated Lien of Debtor Assets | Disputed | | | $964,761.00 |
| 2 | Everitt Industrial Supply Po Box 1152 Channelview, TX 77530-1152 | | Vendor | | | | $683,316.17 |
| 3 | Lion Pipe PO Box 53466 Houston, TX 77052 | | | | | | $647,569.45 |
| 4 | Internal Revenue Service Po Box 7346 Philadelphia, PA 19101-7346 | | Payroll Taxes | | | | $614,921.61 |
| 5 | Brock Custom Blast Services 2550 Genoa Red Bluff Rd Houston, TX 77034 | | | | | | $583,598.04 |
| 6 | Metalogic 12131 Galveston Rd Houston, TX 77034 | | | | | | $324,340.50 |
| 7 | First Services FCU 16430 Park Ten Place Houston, TX 77084 | | Blanket lien of all assets | | $739,460.00 | $428,589.49 | $310,870.51 |
| 8 | Apache Industrial Services 250 Assay St Suite 500 Houston, TX 77044 | | | | | | $274,866.51 |

Debtor   **Samson Fabricators, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 TAP 1907 Hanover Springs Ln Richmond, TX 77469 | | | | | | $199,155.75 |
| 10 AllTex Welding Supply, Inc PO Box 564 Waller, TX 77484 | | | | | | $159,235.03 |
| 11 Small Business Administration 409 3rd St Sw Washington, DC 20416-0011 | | Subordinated Lien of Debtor Assets | | | | $150,005.00 |
| 12 Bell Supply Company 401 Texas 72 Kenedy, TX 78119 | | | | | | $128,617.01 |
| 13 Chaparral Industrial Services 8216 Miller Road 3 Houston, TX 77049-1715 | | Vendor | Disputed | | | $125,909.40 |
| 14 Internal Revenue Service Po Box 7346 Philadelphia, PA 19101-7346 | | Payroll Taxes | | | | $105,796.68 |
| 15 Axios Industrial Maintenance Contractors 10077 Grogans Mill Rd Suite 450 The Woodlands, TX 77380 | | | | | | $96,936.00 |
| 16 Mejia Industrial Supply Co 12808 W Airport Blvd Suite 285 Sugar Land, TX 77478 | | | | | | $94,309.85 |
| 17 Buchanan Hauling & Rigging, INC 25050 County Road 46 Angleton, TX 77515 | | | | | | $93,500.00 |
| 18 ECS Integrity 14934 Woodham Dr Suite A Houston, TX 77073 | | | | | | $82,585.21 |
| 19 Strike USA 460 Wildwood Forest 350N Spring, TX 77380 | | | Disputed | | | $74,400.06 |
| 20 First Distributors, LLC 16504 Air Center Blvd Houston, TX 77032 | | | | | | $73,191.87 |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Texas

**In re**     Samson Fabricators, LLC

Case No. _____

**Debtor**

Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept ....................................................................... **$19,838.00**

Prior to the filing of this statement I have received ....................................................... **$19,838.00**

Balance Due ....................................................................................................................... **$0.00**

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................................... _____

The undersigned shall bill against the retainer at an hourly rate of ........................................ _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  _____**$338.00**_____ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

4.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 7:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/25)

     b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/12/2026** | **/s/ Russell Van Beustring** |
|---|---|
| Date | Russell Van Beustring |
| | *Signature of Attorney* |

Bar Number: 02275115
Russell Van Beustring, P.C.
5110 Waterbeck St
Weston Lakes, TX 77441-4100
Phone: (713) 973-6650

**Russell Van Beustring, P.C.**
*Name of law firm*

---

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

IN RE: **Samson Fabricators, LLC**                    CASE NO

                                                      CHAPTER **7**


## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY

### PETITION, LISTS, STATEMENTS, AND SCHEDULES


## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
     I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I
     am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the
     relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
     I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists,
     statements, and schedules on behalf of the debtor in this case.

Date                    _____ **/s/ Samuel Earl Morse** _____
**03/12/2026**          Samuel Earl Morse
                        President
                        EIN No.   8  0  0  8


## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date                    _____ **/s/ Russell Van Beustring** _____
**03/12/2026**          Russell Van Beustring
                        Attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE: **Samson Fabricators, LLC**

CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **03/12/2026**          Signature          **/s/ Samuel Earl Morse**

Samuel Earl Morse, President

3S Services Group LLC
733 Telemark Trail
Frisco, TX 75036


Able Tool & Rental
1590 S Sam Houston Pkwy W
Houston, TX 77047


Acuren Inspection, INC
30 Main St Ste 402
Danbury, CT 06810-3004


Airgas, Inc
PO Box 676015
Dallas, TX 75267


AllTex Welding Supply, Inc
PO Box 564
Waller, TX 77484


Analytic Stress Relieving, Inc.
125 North 17th Street
La Porte, TX 77571


Apache Industrial Services
250 Assay St Suite 500
Houston, TX 77044


APP MFG
5611 Guhn Rd Ste A1
Houston, TX 77040-6143

Associated Builders and
Contractors
1002 ABC Avenue
Freeport, TX 77541


Associated Welding Supply
2675 S Loop W
Houston, TX 77054


Avetta
549 E Timpanogos Pkwy Bldg G
Orem, UT 84097


AV-TEK
911 Highway 146 S
Texas City, TX 77590


Axios Industrial Maintenance
Contractors
10077 Grogans Mill Rd Suite 450
The Woodlands, TX 77380


Axis Industries
101 Old Underwood Rd, Building E
La Porte, TX 77571


Bay Area General Crane
Service Co.
4206 Weslow St
Houston, TX 77087


Bell Supply Company
401 Texas 72
Kenedy, TX 78119

Bird Tire Sales & Service, Inc
PO Box 925158
Houston, TX 77292

Bradley W. Hoover P.C.
2777 Allen Pkwy Ste 600
Houston, TX 77019-2166

Brazoria County Septic
Service
332 County Road 223
Freeport, TX 77541-9474

Brazoria County Tax Assessor
111 E Locust
Angleton, TX 77515

Brazosport Safety Council
PO Box 2650
Freeport, TX 77542

Brazosport Tire
100 W Plantation Dr
Clute, TX 77531

Brock Custom Blast Services
2550 Genoa Red Bluff Rd
Houston, TX 77034

Buchanan Hauling & Rigging,
INC
25050 County Road 46
Angleton, TX 77515

Bureau Veritas - OneCIS
Insurance
PO Box 277908
Atlanta, GA 30384


C&R Trucking Company
1022 Mack Rd
Aransas Pass, TX 78336


C&R Trucking Company
511 County Road 443
Dayton, TX 77535


Cameron Industries, LLC
14130 Luthe Rd
Houston, TX 77039


Carboline
11245 Hwy 225
La Porte, TX 77571


Chaparral Industrial Services
8216 Miller Road 3
Houston, TX 77049-1715


Coastal Industrial Gas
Welding Supp
25 North 4th Street
Beaumont, TX 77701


Coastal Resource Group
2025 Nichols Ave
Dickinson, TX 77539

Codeware Inc
5224 Station Way
Sarasota, FL 34233


Cody Williams
1829 County Road 233
Angleton, TX 77515


Community Matters
PO Box 5900
Frisco, TX 75035


Contech Control Services
2700 Sens Rd
La Porte, TX 77571-9180


Crane Masters Inc.
4930 Harwick Rd
Houston, TX 77093


DISA Global Solutions, INC
PO Box 123731 Dept 3731
Dallas, TX 75312


Dixie Pipe
1100 FM 2004 Rd
Lake Jackson, TX 77566


Dooling Machine Products
Texas, LLC
225 CR 792
Freeport, TX 77541

ECS Integrity
14934 Woodham Dr Suite A
Houston, TX 77073


Energia Resources Inc
122 County Road 839
Angleton, TX 77515


Equipment Share
5710 Brittmoore Rd
Houston, TX 77041


Everitt Industrial Supply
Po Box 1152
Channelview, TX 77530-1152


First Distributors, LLC
16504 Air Center Blvd
Houston, TX 77032


First Services FCU
16430 Park Ten Place
Houston, TX 77084


Freeport Welding &
Fabricating, INC
200 North Navigation Blvd
Freeport, TX 77541


Frontier Group
3518 E Wood St
Phoenix, AZ 85040

Function 4, LLC
3820 N Sam Houston Pkwy W, Suite 110
Houston, TX 77086


Gas and Supply
125 Thruway Park Rd
Broussard, LA 70518


Ham, Langston & Brezina
800 Rockmead Dr Suite 220
Kingwood, TX 77339


HYDRATIGHT
2484-1 West Cardinal Dr
Beaumont, TX 77705


Industrial Repair Service, Inc
2650 Business Dr
Cumming, GA 30028


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


Jeremy Wood
4520 Huepers St
Alvin, TX 77511


Jeremy Wood
4520 Huepers St
Alvin, TX 77511

JM Test Systems, Inc.
738 South Main St
Clute, TX 77531


JP Steel LLC
9541 FM 362
Brookshire, TX 77423


Kapitus
2500 Wilson Blvd Ste 350
Arlington, VA 22201-3873


Knockout Fabrication, LLC
Attn Roger King
622 Commerce St
Clute, TX 77531-5612


Konica Minolta Business
Solutions USA
15120 Northwest Fwy Ste 100
Houston, TX 77040


Kristen Youngblood
192 Highway 134
Haleyville, AL 35565-5830


Kristy Simpson
105 Meadowlark Ct
Richwood, TX 77566-3196


Lake Hardware
PO Box 898
Lake Jackson, TX 77566

Lamons
7300 Airport Blvd
Houston, TX 77061-3932

Leonel Pereznegron
PO Box 2536
Pearland, TX 77588

Linde Gas & Equipment
440 Louisiana St Suite 986
Houston, TX 77002

Lion Pipe
PO Box 53466
Houston, TX 77052

Lloyd Q. Seabolt Co. Inc
2105 S Houston Ave
Humble, TX 77396

Lockwood Ind
2300 Central Pkwy Ste B
Houston, TX 77092

Lokring Southwest
1024 W Pasadena Fwy
Pasadena, TX 77506

M&B Tools LLC
6931 Navigation Blvd
Houston, TX 77011

M&D Distributors
813 Oak St
Jourdanton, TX 78026

Matheson Tri-Gas
2218 FM 523 Rd
Freeport, TX 77541

Mejia Industrial Supply Co
12808 W Airport Blvd Suite 285
Sugar Land, TX 77478

Metalogic
12131 Galveston Rd
Houston, TX 77034

Metalplate Galvanizing LP
PO Box 377
Deweyville, TX 77614

Michael Youngblood
192 Highway 134
Haleyville, AL 35565-5830

MINERALTECH
Po Box 377
Deweyville, TX 77614-0377

Mitre Software Corporation
1315 College Ave
South Houston, TX 77587

Mitrowski Welding
Equipment, Ltd.
12808 W Airport Blvd Suite 325
Sugar Land, TX 77478


Momentum
809 State Hwy 35 S
Port Lavaca, TX 77979


Momentum Rental and Sales,
Inc.
PO Box 195
Lake Jackson, TX 77566


Monical & Rea
PO Box 567
Rosharon, TX 77583


Monical & Rea
2525 Bay Area Blvd Ste 600
Houston, TX 77058-1556


Brandi Monique Morse
575 Tone Rd
Freeport, TX 77541-9230


Samuel Earl Morse
575 Tone Rd
Freeport, TX 77541-9230


National Crane Compliance
Inspections
617 South Lazy Ln
Clute, TX 77531

NDIC
10353 Richmond Ave
Houston, TX 77042

NOV Completion & Production
Solutions
PO Box 4356 Dept 1329
Houston, TX 77210

Ourco Supply Corporation
Po Box 4356 Dept 1329
Houston, TX 77210-4356

Partner Fr8, LLC
120 Flag Lake Dr Suite A
Lake Jackson, TX 77566

Proactive Work Health
3815 S Midco St
Wichita, KS 67215

PROtect, LLC
701 North Dobson Ave
Bay Minette, AL 36507

Quincy Compressor LLC
27920 Highway 288
Iowa Colony, TX 77583

RPM Services, Inc.
3302 Canal St
Houston, TX 77003

Samson Fabricators, LLC
622 Commerce St Ste 200
Clute, TX 77531

Second Wind Consultants
136 West St
Northampton, MA 01060-3781

Simply Smart Industrial
8918 Wayfarer Ln
Houston, TX 77075

Kristian Simpson
1300 Buchta Rd Apt 904
Angleton, TX 77515-3623

Small Business
Administration
409 3rd St Sw
Washington, DC 20416-0011

Smithco Industries Safety
Division
714 Wade St
Clute, TX 77531

Southern Services, Inc
11 North Gulf Blvd
Freeport, TX 77541

Specialties Company
221 Parking Way
Lake Jackson, TX 77566

Square3 IT
413 Meyer St Ste B
Sealy, TX 77474


Steve Morse
604 Smarty Jones Ave
Austin, TX 78737-3110


Strike USA
460 Wildwood Forest 350N
Spring, TX 77380


Strother Insurance agency
PO Box 409211
Atlanta, GA 30384


Sunbelt Rentals
5552 E Washington St
Phoenix, AZ 85034


Sunstate Equipment Co., LLC
104 Rocky Cove Ln
Dickinson, TX 77539


Superior Integration
Construction
29500 Solon Rd
Solon, OH 44139


Swagelok Company
526 Mockingbird Ln
Clute, TX 77531

TAP
1907 Hanover Springs Ln
Richmond, TX 77469


Taylor Security
13131 Dairy Ashford Ste 600
Sugar Land, TX 77478


TEAM Industrial Services, Inc.
1485 E Sam Houston Pkwy S Ste 160
Pasadena, TX 77503


TechCorr USA Management,
LLC
10343 Sam Houston Park Dr Suite 200
Houston, TX 77064


The Brock Group
214 TX-332 W
Lake Jackson, TX 77566


The Wilson Firm, PLLC
8708 Technology Forest Pl Ste 175
Spring, TX 77381-1183


TJ's Lube Stop
925 South Loop West
Houston, TX 77054


TNT Crane & Rigging, Inc.
1824 FM 523 Suite A
Oyster Creek, TX 77541

Torres Industrial Services
2210 N Main St
Pearland, TX 77581


Total Safety U.S., Inc
14119 Hirshfield Rd
Houston, TX 77377


Total Valve & Automation
50 Fallon Ave
Seaford, DE 19973


Trinity Logistics
6000 Jensen Dr
Houston, TX 77026


Triple-S Steel Supply Co
5201 S Loop East
Houston, TX 77033


Twinco Industrial
403 West Plantation Dr
Clute, TX 77531


United Rentals
8100 Kerr St
Houston, TX 77029


Valveconn
2500 CityWest Blvd Suite 150
Houston, TX 77042

Veriforce, LLC
545 County Road 227A
Freeport, TX 77541


Vernor Material & Equipment
Co., Inc.
4040 Gulf Freeway
Houston, TX 77004


Wholesale Electric
27120 Fulshear Bend Dr Suite 650
Fulshear, TX 77441


Wolf Pack Rentals
27120 Fulshear Bend Dr Ste 650
Fulshear, TX 77441-1192