**IN THE UNTED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**


| | | |
|---|---|---|
| In Re: | § | Case No. 26-80171-ARP |
| | § | |
| Samson Fabricators, LLC, | § | (Chapter 7) |
| | § | |
| | § | |
| | § | **RESIGNATION OF TRUSTEE** |
| *Debtor.* | § | **(NO ADMINISTRATION)** |


Pursuant to Fed. R. Bankr. P. 2008(b)(1), I, Janet Northrup hereby reject the appointment as Trustee of the above entitled and numbered proceeding.  I have neither received any property nor paid any money on account of this case.

Respectfully submitted,

DATE:  March 16, 2026

  /s/ Janet Northrup
Janet Northrup, Trustee
SBN 03953750
TotalEnergies Tower
1201 Louisiana, 28th Floor
Houston, Texas  77002
(713) 590-4200 Telephone
(713) 590-4230 Facsimile
jsn@hwallp.com