**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Chapter 7** |
| **SAMSON FABRICATORS, LLC,** | § | |
| | § | **Case No. 26-80171** |
| **Debtor.** | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 9010(b) and 2002, please take notice that the undersigned attorney is appearing for Kapitus Servicing, Inc., a creditor and party-in-interest in the above-styled bankruptcy.  Pursuant to Bankruptcy Rule 2002, Kapitus Servicing, Inc. requests that all notices given or required to be given in this bankruptcy, and all papers served or required to be served in this bankruptcy, be given to, and served upon the undersigned attorney as follows:

Daniel J. Ferretti
Texas Bar No.: 24096066
Federal No. 2741909
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1301 McKinney, Suite 3700
Houston, Texas 77010
dferretti@bakerdonelson.com
Telephone: (713) 650-9700
Facsimile: (713) 650-9701

The foregoing request is to include the notices and papers referred to in the Rules specified above, and also includes, without limitation, notices of any orders, applications, complaints, proposed reorganizations, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in the above case.

Respectfully submitted,

By: */s/ Daniel J. Ferretti*
    **DANIEL J. FERRETTI**
    Texas Bar No. 24096066
    **BAKER, DONELSON, BEARMAN**
    **CALDWELL & BERKOWITZ, P.C.**
    1301 McKinney, Suite 3700
    Houston, Texas 77010
    Phone:  713.650.9700
    Fax:  713.650.9701
    dferretti@bakerdonelson.com

***Attorney for Kapitus Servicing, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 20, 2026, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system, including but not limited to counsel for the debtor and the U.S. Trustee.

    */s/ Daniel J. Ferretti*
    **Daniel J. Ferretti**