**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-80171** |
| **SAMSON FABRICATORS, LLC** | § | **Chapter 7** |
| | § | |
| | § | |
| | § | |
| | § | |
| **DEBTOR.** | § | |

### NOTICE OF WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION FILED APRIL 16 2026

COMES NOW, Allison Byman, ("Trustee") of the above-entitled estate and files this her Notice of Withdrawal of Trustee's Report of No Distribution filed on April 16, 2026.

1. On March 13, 2026, the above referenced Debtor filed a chapter 7 voluntary petition.  Allison Byman was appointed Trustee for the estate on March 18, 2026.

2. The initial creditors meeting was held on April 16, 2026. At the conclusion of the meeting, the Trustee indicated she would conclude the meeting and list the case as a potential asset case while she examined avoidance and litigation claims.

3. By mistake of the Trustee, a Report of No Distribution was filed instead of a docket entry concluding the meeting.

4. The Trustee requests that her Report of No Distribution filed on April 16, 2026 be withdrawn to allow her to investigate the potential assets of the bankruptcy estate.

WHEREFORE, the Trustee withdraws her Report of No Distribution filed on

April 16, 2026.

Dated:  April 21, 2026         Respectfully submitted,


*By: /s/ Allison D. Byman*
Allison D. Byman
Texas Bar No. 24040773
adb@bymanlaw.com
Byman & Associates, PLLC
7924 Broadway, Suite 104
Pearland, TX  77581
281.884.9262


**CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing was served via CM/ECF at the time of electronic filing.

/s/ *Allison Byman*
Allison Byman, Trustee